David Henry GINWRIGHT, Jr.,
Petitioner–Appellant,

v.

Patrick CONROY, Warden; Attorney
General for the State of Maryland,
Respondents–Appellees.

No. 03–6312.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 24, 2003.

David Henry Ginwright, Jr., Appellant
Pro Se. John Joseph Curran, Jr., Attorney
General, Mary Ann Rapp Ince, Office of
the Attorney General of Maryland, Balti-
more, Maryland, for Appellees.

Before NIEMEYER, KING, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

David Henry Ginwright seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See *Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.), *cert. denied*, 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Ginwright has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*